# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Siev,<br><br>                      Petitioner,<br><br>v.<br><br>United States Citizenship and Immigration Services; United States District Court for the Southern District of California, and Does 1-100,<br><br>                      Respondents. | Case No.: 22cv1700-JO-MSB<br><br>**ORDER GRANTING PETITION TO AMEND A CERTIFICATE OF NATURALIZATION** |

      Petitioner Daniel Siev filed a petition requesting this Court to change the date of birth on his Certificate of Naturalization from February 3, 1966, to February 3, 1960. Dkt. 1 (Petition). For the following reasons, the Court grants the Petition.

      On February 13, 1987, Petitioner, who was born in Cambodia, was naturalized as a United States citizen by the United States District Court for the Southern District of California. Dkt. 1-2 ("Certificate of Naturalization"). Although his Certificate of

Naturalization lists his date of birth as February 3, 1966, Petitioner claims that the date indicated is incorrect. His original Cambodian birth certificate lists his date of birth as February 3, 1960. Dkt. 1-3. On August 12, 2021, Petitioner submitted an application to the United States Citizenship and Immigration Services ("USCIS") to correct his Certificate of Naturalization. USCIS denied this request on the grounds that the authority to amend a naturalization certificate issued by a district court rests with the United States District Court for the Southern District of California. On November 1, 2022, Petitioner then filed the instant petition in this Court. In response, USCIS stated that it finds no indication of fraud and does not oppose Petitioner's requested relief. Dkt. 5.

Federal courts have jurisdiction to modify naturalization certificates issued by the court prior to October 1, 1991. *Collins v. U.S. Citizenship and Immig. Servs.*, 820 F.3d 1096, 1097 (9th Cir. 2016) (holding that federal courts have jurisdiction over a petition to modify a certificate of naturalization issued by the court before the passage of the Immigration Act of 1990). To amend the date of birth on a naturalization certificate, "[t]he petitioner bears the burden of showing that the date on his or her certificate of naturalization is incorrect." *Binh Quang Le v. U.S. Citizenship and Immigr. Servs., Dist. Director*, 2011 WL 3678909, at *2 (N.D. Cal. Aug. 22, 2011). Generally, courts have granted amendment "where the petitioner has presented clear evidence of her true date of birth and there are no concerns that petitioner acted fraudulently in representing her date of birth in her initial naturalization petition." *Bazouzi v. Johnson*, 2015 WL 1968004, at *3 (N.D. Cal. May 1, 2015) (collecting cases).

The Court finds Petitioner has provided sufficient evidence that the date of birth on his Certificate of Naturalization is incorrect and that February 3, 1960, is his correct date of birth. Petitioner submitted a birth certificate issued by the Cambodian government that shows his date of birth is February 3, 1960. In addition, the record does not indicate any signs of fraudulent activity by Petitioner. Accordingly, Petitioner's request to change his date of birth on his Certificate of Naturalization from February 3, 1966, to February 3, 1960

is GRANTED.  USCIS shall amend Petitioner's Certificate of Naturalization to list Petitioner's date of birth as February 3, 1960.  The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated:  September 25, 2023

Honorable Jinsook Ohta
United States District Judge